## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **RAIMUNDAS KAZLAUSKAS,** individually and on behalf of a class of similarly situated individuals, )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**UNITED HEALTHCARE INSURANCE COMPANY,** )<br><br>**Defendant.** ) | Case No. 11-2144 |

## ORDER

On August 16, 2011, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#10) in this case. Judge Bernthal recommended that the Plaintiff's Motion to Remand (#5) be denied because the Defendant properly removed this case based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#10). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation. Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore any objection to this court's denial of Plaintiff's Motion to Remand (#5) has been waived on appeal. See <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#10) is accepted by this court.

(2) Plaintiff's Motion to Remand (#5) is DENIED.

ENTERED this 27th day of September, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE